```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02978
   RAMONA E DUCKWORTH ARTIS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
              Debtor
    SSN XXX-XX-8332


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 02/21/2007 and was not confirmed.

      The case was dismissed without confirmation 06/07/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
REGIONAL ACCEPTANCE CORP SECURED VEHIC     8305.15          .00           93.80
REGIONAL ACCEPTANCE CORP UNSECURED       NOT FILED          .00             .00
AT & T BANKRUPCTY          UNSECURED     NOT FILED          .00             .00
ALLIED INTERSTATE          UNSECURED     NOT FILED          .00             .00
ALVERNO CLINICAL LABS LL UNSECURED       NOT FILED          .00             .00
AMERICAN FAMILY INC        UNSECURED     NOT FILED          .00             .00
AMER REVENUE               UNSECURED         214.79         .00             .00
BURDYKE INVESTMENT & MAN NOTICE ONLY     NOT FILED          .00             .00
CITY OF CHICAGO PARKING    UNSECURED         470.00         .00             .00
CREDITORS COLLECTION BUR UNSECURED       NOT FILED          .00             .00
CREDITORS COLLECTION BUR UNSECURED       NOT FILED          .00             .00
CREDITORS COLLECTION BUR UNSECURED       NOT FILED          .00             .00
CUSTOMIZED AUTO CREDIT     UNSECURED     NOT FILED          .00             .00
DEPENDON COLLECTION SERV UNSECURED       NOT FILED          .00             .00
LIGHTHOUSE FINANCIAL GRO UNSECURED          3345.25         .00             .00
DETEX AGENCY & ASSOCIATE NOTICE ONLY     NOT FILED          .00             .00
FSB FINANCIAL              UNSECURED     NOT FILED          .00             .00
GE CAPITAL                 UNSECURED     NOT FILED          .00             .00
H&F LAW                    UNSECURED     NOT FILED          .00             .00
HARVARD COLLECTION         UNSECURED     NOT FILED          .00             .00
ILLINOIS DEPT OF EMPLOYM UNSECURED       NOT FILED          .00             .00
MUTUAL HOSPITAL COLLECTI UNSECURED       NOT FILED          .00             .00
MUTUAL HOSPITAL COLLECTI UNSECURED       NOT FILED          .00             .00
MUTUAL HOSPITAL COLLECTI UNSECURED       NOT FILED          .00             .00
ST JAMES MUTUAL HOSPITAL UNSECURED          2157.44         .00             .00
MUTUAL HOSPITAL SERVICES NOTICE ONLY     NOT FILED          .00             .00
MUTUAL HOSPITAL SERVICES UNSECURED       NOT FILED          .00             .00
NATIONAL ENTERPRISE SYST UNSECURED       NOT FILED          .00             .00
NATIONAL ENTERPRISE SYST NOTICE ONLY     NOT FILED          .00             .00
NATIONAL RECOVERIES        UNSECURED     NOT FILED          .00             .00
NATIONAL RECOVERIES        UNSECURED     NOT FILED          .00             .00
NCO FINANCIAL SYSTEMS IN UNSECURED       NOT FILED          .00             .00
REDCATS USA                UNSECURED          92.45         .00             .00
RJM ACQUISTIONS            UNSECURED     NOT FILED          .00             .00
RMI/MCSI                   UNSECURED         250.00         .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02978 RAMONA E DUCKWORTH ARTIS
```

```
UNITED HEALTHCARE           UNSECURED       NOT FILED             .00           .00
WELLGROUP HEATLTHPARTNER    UNSECURED       NOT FILED             .00           .00
WEST ASSET MANAGEMENT       UNSECURED       NOT FILED             .00           .00
AT & T BANKRUPCTY           NOTICE ONLY     NOT FILED             .00           .00
WEXLER & WEXLER             UNSECURED       NOT FILED             .00           .00
TIMOTHY K LIOU              DEBTOR ATTY     2,509.20                            .00
TOM VAUGHN                  TRUSTEE                                            6.20
DEBTOR REFUND               REFUND                                              .00
```

Summary of Receipts and Disbursements:
---

                          RECEIPTS            DISBURSEMENTS
---

```
TRUSTEE                    100.00

PRIORITY                                            .00
SECURED                                           93.80
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                               6.20
DEBTOR REFUND                                       .00
                        ---------------      ---------------
TOTALS                     100.00                100.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 09/26/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE